RECEIVED
WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
5-9-11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PHILLIP GOODMAN | CIVIL ACTION NO. 6:10-cv-1644 |
| VS. | SECTION P |
| ALAN HANEY, ET AL. | JUDGE HAIK |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6 day of May, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE